454 A.2d 151

Commonwealth v. Canady, Appellant.

Argued March 3, 1982.   Marc Alan Krefetz, for appellant;   Garold Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.

454 A.2d 151

Commonwealth v. Dodd, Appellant.

Submitted September 15, 1982.   William John Fulton, for appellant;   William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.